David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN 216538)
wadea@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-22000
Attorneys for Defendant,
OPTIO SOLUTIONS, LLC dba
QUALIA COLLECTION SERVICES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMI GALVEZ,<br><br>            Plaintiff,<br><br>       vs.<br><br>OPTIO SOLUTIONS, LLC d/b/a<br>QUALIA COLLECTION<br>SERVICES,<br><br>            Defendants. | Case No. 2:18-cv-00531-ODW-FFM<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:**

　　　PLEASE TAKE NOTICE that a settlement in this matter has been reached between the parties. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.

///
///
///
///
///

{00110937;1}                                                             1

1  In light of the settlement, the parties request that the Court take off calendar
2  all future hearing dates in this case.

CARLSON & MESSER LLP

DATED: March 7, 2019          s/ David J. Kaminski
                              David J. Kaminski
                              Alex A. Wade

                              Attorneys for Defendant
                              OPTIO SOLUTIONS, LLC dba QUALIA
                              COLLECTION SERVICES

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

|  |  |
|---|---|
|  | CARLSON & MESSER LLP |
| DATED:  March 7, 2019 | s/ David J. Kaminski |
|  | David J. Kaminski |
|  | Alex A. Wade |
|  |  |
|  | Attorneys for Defendant |
|  | *OPTIO SOLUTIONS, LLC dba QUALIA COLLECTION SERVICES* |