1  David J. Kaminski (SBN 128509)
   Kaminskid@cmtlaw.com
2  Alex A. Wade (SBN 304022)
   wadea@cmtlaw.com
3  **CARLSON & MESSER LLP**
   5901 West Century Boulevard, Suite #1200
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   OPTIO SOLUTIONS, LLC d/b/a
7  QUALIA COLLECTION SERVICES

8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMI GALVEZ,<br><br>                    Plaintiff,<br><br>      vs.<br><br>OPTIO SOLUTIONS, LLC d/b/a<br>QUALIA COLLECTION SERVICES<br><br>                    Defendant. | CASE NO. 2:18-cv-00531-ODW-FFM<br><br>**STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

**TO THE HONORABLE COURT:**

   Plaintiff NOEMI GALVEZ and Defendant OPTIO SOLUTIONS, LLC d/b/a QUALIA COLLECTION SERVICES, hereby file this Stipulation to Dismiss the entire above-entitled action with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

   Each party shall bear her/its own costs and attorney's fees.

///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: March 27, 2019					CARLSON & MESSER LLP

							By: /s/David J. Kaminski
							     David J. Kaminski
							     Alex A. Wade
							     Attorneys for Defendant,
							     OPTIO SOLUTIONS, LLC d/b/a
							     QUALIA COLLECTION
							     SERVICES

DATED: March 27, 2019					PRICE LAW GROUP, APC

							By: /s/Stuart M. Price
							     Stuart M. Price
							     Attorney for Plaintiff,
							     *NOEMI GALVEZ*

# **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 27th day of March, 2019, a true and accurate copy of the foregoing STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) was served via the District Court ECF System on the Following:

Email: stuart@pricelawgroup.com

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP