JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMI GALVEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OPTIO SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Case 2:18-CV-00531-ODW(FFMx)<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

1

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 24) and Federal Rule of Civil Procedure 41(a)(2):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** without prejudice; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED**.

March 28, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**